In the Matter of the Claim of MARY A. WHITE, Appellant, against NEW YORK HOSPITAL, WESTCHESTER DIVISION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order directing the Workmen's Compensation Board to accept notice of appeal from the claimant's appeal is denied, without costs. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur.

■

In the Matter of the Claim of ALICE L. WILTROUT, Respondent, against GENERAL ELECTRIC REALTY CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur. [See 279 App. Div. 1125.]

■

HARRIET R. MARTIN, Respondent, v. HERMAN W. DOUGHTY, Appellant, et al., Defendants.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur. [See *ante*, p. 849.]

■

ASHER BEITCH, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No 28137.) — Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur. [See *ante*, p. 855.]